UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 09 CR 144 |
| | ) | Hon. Virginia Kendall |
| MARVIN BERKOWITZ, et al. | ) | |

## PROTECTIVE ORDER

Upon the government's motion for a protective order, it is hereby ORDERED as follows:

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, disclosure of discovery material or information contained therein to non-litigants is prohibited under the following provisions (when the term "defendant" is used, said term encompasses an attorney for the defendant):

1. All materials provided as discovery (hereinafter "Discovery Materials"), which were produced by the government in preparation for or in connection with any stage of the proceedings in this case, including, but not limited to, prisoner and deceased individuals records, investigators or agency reports, grand jury transcripts, witness statements, tapes, computer disks, transcripts, applications, affidavits, computer or electronic records, memoranda of interview, tax returns, correspondence with the Internal Revenue Service, internal books and records of a witness's or defendant's business, bank records, and any documents and tangible objects provided by the government other than trial exhibits (*i.e.*, items actually admitted during the trial and made part of the record), shall remain the property of the United States. All such Discovery Materials and all copies made thereof shall be returned to the United States Attorney's Office unless otherwise ordered by the

Court or agreed upon by the parties, upon the conclusion of the trial and any appeals of this case or the earlier resolution of charges against the defendants.

2. Such Discovery Materials provided by the United States may be utilized by the defendants solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding.

3. Such Discovery Materials and their contents, and any notes or other record of such materials or their contents, shall not be disclosed either directly or indirectly to any person or entity other than the defendants, defendants' counsel, persons employed to assist in the defense, or such other persons as to whom the Court may expressly authorize disclosure upon proper motion.

4. Such Discovery Materials shall not be copied or reproduced except as necessary to provide copies of the material for use by an authorized person as described above to prepare or assist in the defense, and all such copies and reproductions shall be treated in the same manner as the original matter.

5. Before any such disclosure to a defendant, defendant's counsel shall personally inform the defendant of the provisions of this order without delay, and direct him not to disclose or use any information contained in the government's discovery in violation of this order, and shall inform him that any unauthorized disclosure may be punished as contempt of court, and may result in the imposition of civil and criminal sanctions. However, nothing contained in the protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

6. Each defendant shall be responsible for controlling and accounting for all such material, copies, notes, and other records described above, and shall be responsible

for assuring full compliance by himself and any person assisting in his defense with this order. Written certification of such compliance shall be made to the Court at the time discovery materials are returned to the United States.

ENTERED:

                                           VIRGINIA KENDALL
                                           United States District Judge

Dated: August 17, 2009